In the Matter of the Claim of FRANCES GATTOVI, Appellant, against NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when brakeman injured while switching car from main to side track engaged in interstate commerce.*

*Gattovi* v. *N. Y. Central R. R. Co.*, 192 App. Div. 927, affirmed.

(Argued January 10, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 29, 1920, affirming a determination of the state industrial commission denying a claim for compensation under the Workmen's Compensation Law. Claimant's intestate, a brakeman in the employ of defendant,

received fatal injuries while engaged in switching a car, which had arrived as part of an interstate train on the evening before, from the main tracks or yard to an elevated siding in front of the premises of the consignee of the contents of the car. The industrial commission held that interstate shipment or movement did not end until the car was placed upon the siding.

*David A. White* for appellant.

*Robert E. Whalen* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.